**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
N.M. and K.M., individually and on behalf of the
minor child. Y.M.,

                              Plaintiffs,

        -against-                                      22 **CIVIL** 5142 (AS)(KHP)

                                                                            **JUDGMENT**

New York City Department of Education,

                              Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated November 14, 2023, IT IS HEREBY STIPULATED AND AGREED, that 1. The above-referenced action is hereby dismissed with prejudice; and 2. Notwithstanding the dismissal of this action in accordance with the agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter. Judgment is hereby entered.

**Dated:** New York, New York
            November 15, 2023

                                                             **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                       **BY:**     *K. Mango*

                                                                     **Deputy Clerk**